# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RAAJ RAFA-EL, | |
| Petitioner, | |
| v. | Civil Action No.: 22-cv-1824-LKG |
| WAYNE WRIGHT, *Warden* | Dated:  August 19, 2022 |
| Respondent. | |

## **MEMORANDUM OPINION AND ORDER**

The Court received the above-captioned Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 from Raaj Rafa-el, formerly known as Roger Moore, on July 25, 2022, claiming that:  he was arrested without a warrant by individuals who were not identified by a badge, vehicle, or uniform; he has not received a statement of charge; and he is being put in double jeopardy because he previously appeared before the Maryland Circuit Court on November 1, 2022[1] and was released. ECF No. 1. He seeks release from custody at Baltimore Central Booking and Intake Facility. *Id.*  Rafa-El also filed a Motion for Leave to Proceed in Forma Pauperis which shall be granted. However, for the reasons stated below, the Petition will be dismissed without prejudice.

Rafa-El is a pretrial detainee (ECF No. 1 at 2), awaiting trial in case 3B02423291 in the District Court of Maryland for Baltimore City on a charge of Fourth Degree Burglary.  He is scheduled for trial on September 16, 2022.[2]  Pretrial federal habeas relief is available under § 2241 if the petitioner is in custody, has exhausted state court remedies, and special circumstances exist that justify intervention by the federal court.  *See Dickerson v. Louisiana*, 816 F.2d 220, 224-26 (5th Cir. 1987).  Exhaustion is established where both the operative facts and controlling legal principles of each claim have been fairly presented to the state courts.  *See Baker v. Corcoran*, 220

---

[1] Presumably Rafa-El means November 1, 2021.
[2] *See* http://casesearch.courts.state.md.us/casesearch/ (last visited August 8, 2022).  Pursuant to Fed. R. Evid. 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

F.3d 276, 289 (4th Cir. 2000) (citations omitted). In the pretrial context, federal courts must abstain from exercising jurisdiction over a claim that may be resolved through trial of the merits or by other state procedures available for review of the claim. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 489-90 (1973).

Special circumstances justifying this court's intervention do not exist where there are procedures in place to protect petitioner's constitutional rights. *See Moore v. DeYoung*, 515 F.2d 437, 449 (3d Cir. 1975) (assertion of appropriate defense at trial forecloses pretrial federal habeas relief); *Drayton v. Hayes*, 589 F.2d 117, 120-21 (2d Cir. 1979) (double jeopardy claim justified pretrial federal habeas intervention because constitutional right claimed would be violated if petitioner went to trial); *see also Younger v. Harris*, 401 U.S. 37 (1971). Rafa-El's claims regarding his arrest and detention may be litigated in a state forum without harm to Rafa-El's constitutional rights.

Rafa-El also claims that his Fifth Amendment rights have been violated because he is being placed in double jeopardy due to his having previously resolved the charges against him. ECF No. 1 at 2. "The Double Jeopardy Clause of the Fifth Amendment, applicable to the states through the Fourteenth Amendment, prohibits states from subjecting a person to trial twice for the same crime." *Seay v. Cannon*, 927 F.3d 776, 781 (4th Cir. 2019) (citing *Crist v. Bretz*, 437 U.S. 28, 32-36 (1978)). Review of the Maryland Judiciary Case Search indicates that on August 1, 2022, in the Circuit Court for Baltimore City, Case Number 822167002 Rafa-El pled guilty to Fourth Degree Burglary for an incident ocuring on May 28, 2021. *See* http://casesearch.courts.state.md.us/casesearch/ (last visited August 8, 2022). He received probation after conviction and a three year term of confinement, with one year, five months and thirty days suspended and five years supervised probation. *Id*. As noted, Rafa-El is now awaiting trial in the District Court of Maryland for Baltimore City on a charge of Fourth Degree Burglary. *Id*. The pending case concerns an incident occurring on July 31, 2021. *Id*. As Rafa-El is awaiting trial for a different offense, he is not being placed in double jeopardy.

In light of the foregoing, it is this 19th day of August, 2022, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Petitioner's Motion for Leave to Proceed in Forma Pauperis is **GRANTED**;

2. The Petition for Writ of Habeas Corpus, construed as one filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**;

3. The Clerk **SHALL PROVIDE** a copy of the foregoing Memorandum and a copy of this Order to Petitioner; and

4. The Clerk **SHALL CLOSE** this case.

   **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge